UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY A. WALKER          :

    v.                     :   NO. 3:91CR55(EBB)
                                        NO. 3:05CV1446(EBB)
UNITED STATES OF AMERICA   :

### RULING ON MOTION TO VACATE SENTENCE PURSUANT TO SECTION 2255

Defendant Walker has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Defendant previously filed a § 2255 motion in this case on July 7, 1997, which motion was denied on November 14, 1997. Defendant's motion for reconsideration, filed July 9, 2001, was denied on September 4, 2001. Defendant's motion for certificate of appealability was denied and his appeal dismissed by the Second Circuit Court of Appeals on September 30, 2003.

A second or successive motion under Section 2255 must be certified as provided in 28 U.S.,C. § 2244(3)(A) by a panel of the court of appeals before it may be considered by the district court. 28 U.S.C. § 2255

Accordingly, the motion [Doc. #1] is denied without prejudice to consideration if, on application of the defendant, the Circuit Court certifies as so provided.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ____ day of September, 2005.